IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tomas Salgado Quebrado | ) | |
| | ) | Case No.   25 C 14993 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Olson et al. | ) | |
| | ) | |

**ORDER**

Telephone status hearing held on 12/12/2025. This case is hereby transferred to the Western District of Texas forthwith. For core habeas petitions, venue is proper in the district of confinement. *See Rumsfeld v. Padilla,* 542 US. 426 (2004). As the parties agreed to at this afternoon's hearing, petitioner was not in the Northern District of Illinois at the time the instant habeas petition [1] was filed, and he is currently confined in the Western District of Texas. Thus, this case is transferred to the Western District of Texas. *See* 28 U.S.C. § 1404; *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (per curiam); *Kholyavskiy v. Achim,* 443 F.3d 946, 947 (7th Cir. 2006). For the sake of clarity, the court notes that it did not rule on any of the relief requested in [1].

(T: 0:10)

Date: December 12, 2025                          /s/ Martha M. Pacold